# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DAWS, INC.,** | |
| Plaintiff, | **4:24CV3221** |
| vs. | |
| **RICARDO FERNANDEZ, and RICARDO DANIEL FERNANDEZ,** | **ORDER** |
| Defendants. | |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 27) is granted and Kristin N. Nalbach is deemed withdrawn as counsel of record for Plaintiff in this case. The Clerk of Court shall terminate electronic notice to Kristin N. Nalbach in this case.

Dated this 12th day of May, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge