IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC, | ) | CASE NO. 4:24-CV-3177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STATEMENT OF OBJECTIONS TO** |
| | ) | **MAGISTRATE JUDGE'S ORDER** |
| DAWS, INC.; JAMES R. DAWS; | ) | |
| LANA R. DAWS; DAWS | ) | |
| TRUCKING, INC.; and | ) | |
| COLUMBUS TRANSPORTATION | ) | |
| & LOGISTICS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

  Pursuant to Fed. R. Civ. P. 72 and NECivR 72.2, Defendants file the attached statement of objections to the magistrate judge's order dated September 23, 2025 ([Filing 147](#)). The magistrate judge erred in the following respects:

  1. In holding that Jim Daws ("Jim") waived the attorney-client privilege over confidential e-mails between Jim and his attorney, Julie Karavas.

  2. In holding that Jim waived the attorney-client privilege when Daws, Inc. sold its server to Jim Daws Trucking, LLC (" JDT") when the undisputed evidence is that Jim did not know that his confidential attorney-client privileged e-mails were stored on the server.

  3. In holding that the employee handbook applicable to employees of Daws, Inc, applied to Jim after JDT purchased the assets of Daws, Inc., and Jim became an employee of JDT when it is undisputed that JDT did not have its own employee handbook and that Jim never signed an employee handbook.

  4. In holding that Jim did not have a reasonable expectation of privacy in his post-sale communications with his lawyers using his [jim@daws-trucking.com](mailto:jim@daws-trucking.com) e-mail address, thus waiving the protections of the attorney-client privilege.

  5. In holding that Jim's attorney, Julie Karavas, waived Jim's attorney-client privilege with respect to two e-mails she sent to Jim by mistakenly sending the emails to Jim's former @daws-trucking.com e-mail address.

WHEREFORE, Defendants' respectfully request that this Court grant Defendants' objections, vacate the magistrate judge's order (Filing 147), order that Defendants' destroy, and not use, the privileged communications in their possession.

DATED this 7th day of October, 2025.

                      DAWS, INC., JAMES R. DAWS,
                      LANA R. DAWS, DAWS TRUCKING, INC.
                      and COLUMBUS TRANSPORTATION &
                      LOGISTICS, LLC, Defendants

BY:  /s/ Timothy J. Thalken
       Timothy J. Thalken, #22173
       Meghan M. Bothe, #25208
       FRASER STRYKER PC LLO
       500 Energy Plaza
       409 South 17th Street
       Omaha, NE 68102-2663
       (402) 341-6000
       tthalken@fraserstryker.com
       mbothe@fraserstryker.com
       ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                      /s/ Timothy J. Thalken

3462076.4